UNITED STATES *versus* ONE FLAT AND TWENTY-TWO BARRELS FLOUR, CLAIMED BY JOHNSY McCARTHY.

JOURNAL ENTRIES: (1) Dec. 21, 1821: claim made, appraisers appointed; (2) Dec. 24, 1821: return of appraisers filed, bond to prosecute claim filed, property ordered delivered to claimant;

(3) Sept. 10, 1822: libel filed, notice ordered published; (4) Sept. 21, 1822: motion for commission to take depositions granted; (5) Oct. 9, 1822: proclamation made, claim made, notice of intention to apply for remission of forfeiture, continued, attendance of witnesses proved; (6) Sept. 20, 1823: property condemned; (7) Oct. 11, 1823: judgment against claimant and bondsmen for value of goods.

PAPERS IN FILE (1821–23): (1) Copy of order appointing appraisers, appraisers' return; (2) precipe for subpoena; (3) subpoena; (4) libel; (5) form of interrogatories; (6) claim; (7) writ of fi. fa. and return; (8) receipt—Louis Moran to collector.

*File No. . . . .*